**Melissa Lehane Rawlinson**, OSB No. 964064
melissa.rawlinson@millernash.com
**Souvanny Miller**, OSB No. 174163
souvanny.miller@millernash.com
MILLER NASH LLP
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHERYL SCOTT, | CV No. 3:23-CV-00440-AR |
| Plaintiff, | FILING OF SETTLEMENT AGREEMENT PURSUANT TO ORS 17.095(3) |
| v. | |
| PORTLAND COMMUNITY COLLEGE, | |
| Defendant. | |

ORS 17.095(3) states:

"Any public body, or officer, employee or agent of a public body, who is a defendant in an action under ORS 30.260 to 30.300, or who is a defendant in an action under ORS 294.100, shall file with the court a full and complete disclosure of the terms and conditions of any settlement or compromise of the claims against the public body, its officers, employees or agents. The disclosure shall be filed prior to the dismissal of the action."

Page 1 -   Filing of Settlement Agreement Pursuant to ORS 17.095(3)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

As required by this statute, Portland Community College hereby files the attached agreed-to settlement agreement and release.

DATED this 2nd day of January, 2024.

MILLER NASH LLP

s/*Melissa Lehane Rawlinson*
Melissa Lehane Rawlinson, OSB No. 964064
melissa.rawlinson@millernash.com
Souvanny Miller, OSB No. 174163
souvanny.miller@millernash.com
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

*Attorneys for Defendant*
*Portland Community College*

4862-9603-3175.1

Page 2 -   Filing of Settlement Agreement Pursuant to ORS 17.095(3)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204